IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00385-RPM

BOBBY M. GRAHAM,

    Plaintiff,

v.

FOXWORTH GALBRAITH LUMBER COMPANY,

    Defendant.

---

## ORDER OF DISMISSAL

---

Upon consideration of the Stipulation for Voluntary Dismissal of Action with Prejudice, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney's fees.

Dated: October 9th, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
.                                     Richard P. Matsch, Senior District Judge